Matthew P. Minser, Esq. (SBN 296344)
Craig L. Schechter, Esq. (SBN 308968)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: cschechter@sjlawcorp.com

Attorneys for Plaintiffs, Boards of Trustees of the Sheet Metal Workers Pension Trust of Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

CER MECHANICAL CORPORATION, a California Corporation,

Defendant.

Case No. 4:20-cv-03462 WHO

**REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON**

| | |
|---|---|
| Date: | April 6, 2021 |
| Time: | 2:00 p.m. |
| Location: | via ZOOM webinar |
| Judge: | Hon. William H. Orrick |

3

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON**
**Case No. 20-cv-03462 WHO**
\\candsf.cand.circ9.dcn\data\users\whoall_cv\2021\2021_00020_self-insured_schools_of_california_v_jazz_pharmaceuticals_plc\21-cv-00020-lhk-proposed_order_to_continue_case_management_conference.docx

Plaintiffs Boards of Trustees of the Sheet Metal Workers Pension Trust Fund of Northern California, et al. ("Plaintiffs") respectfully request that the Case Mangement Conference currently on calendar for April 6, 2021, be continued to April 14, 2021 at 2:00 P.M., the date of the hearing on Plaintiffs' Motion for Default Judgment. Good cause exists for the granting of this continuance as follows:

1. Plaintiffs filed a Complaint in this matter on May 21, 2020. (Dkt. #1).

2. Defendant CER Mechanical Corporation ("Defendant") was served by substituted service on August 13, 2020. Substituted service and mailing of service took place on August 13, 2020, deeming service effectuated on August 23, 2020.

3. Plaintiffs filed a Proof of Service of Summons with the Court on August 25, 2020. (Dkt. #13).

4. Defendant's deadling to file a response to the Complaint was September 14, 2020.

5. Defendant failed to submit any response or otherwise appear in this action, and therefor, Plaintiffs filed their Request for Entry of Default on October 9, 2020. (Dkt. #14).

6. The Court entered Defendant's Default on October 15, 2020. (Dkt. #16).

7. Plaintiffs filed a Motion for Default Judgment on March 5, 2021. (Dkt. #23). Plaintffs served the Motion for Default Judgment upon Defendant on March 5, 2021. (*Id*.).

8. A hearing on Plaintiffs' Motion for Default Judgment is scheduled for April 14, 2021.

9. Therefore, there are no issues that need to be addressed by this Court at the upcoming Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued to April 14, 2021 at 2:00 P.M., the date of the hearing on Plaintiffs' Motion for Default Judgment..

Respectfully submitted,

4

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON**
**Case No. 20-cv-03462 WHO**
\\candsf.cand.circ9.dcn\data\users\whoall_cv\2021\2021_00020_self-insured_schools_of_california_v_jazz_pharmaceuticals_plc\21-cv-00020-lhk-proposed_order_to_continue_case_management_conference.docx

Dated: March 29, 2021

SALTZMAN & JOHNSON LAW CORPORATION

By: /S/

Craig L. Schechter
Attorneys for Plaintiffs, Boards of Trustees of the Sheet Metal Workers Pension Trust of Northern California, et al.

**IT IS SO ORDERED.**

The currently set Case Management Conference is VACATED.

DATED: March 30, 2021

Honorable William H. Orrick
United States District Judge